IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JEFFREY ADAM BRAY,

        Plaintiff,

v.

UNITED STATES DEPT. OF HOUSING
AND URBAN DEVELOPMENT, SOCIAL
SECURITY ADMINISTRATION, SUNSET EMPIRE
PARKS & RECREATION, CITY OF GEARHART,
CITY OF CANNON BEACH, and CLATSOP
COMMUNITY COLLEGE,

        Defendants.

3:15-cv-00153-PK

FINDINGS AND
RECOMMENDATION

PAPAK, Magistrate Judge:

    Plaintiff *pro se* Jeffrey Adam Bray filed this action against defendants for allegedly "switching [his identification] to gain access to federal benefits." Complaint, #1.

    On February 4, 2015, this court ordered Bray to show cause (#7), within 30 days of that order, why this case should not be dismissed for failure to state a claim on which relief may be granted and for lack of subject matter jurisdiction.

Page 1 - FINDINGS AND RECOMMENDATION

After analyzing Bray's untimely Response to this court's order (#9), his Supplemental Response filed without leave (#10), and the other documents filed in this case, I find that Bray has not shown cause. This case should therefore be dismissed with prejudice for failure to state a claim and for lack of subject matter jurisdiction and a judgment should be entered accordingly.

## SCHEDULING ORDER

The Findings and Recommendation will be referred to a district judge. Objections, if any, are due fourteen (14) days from service of the Findings and Recommendation. If no objections are filed, then the Findings and Recommendation will go under advisement on that date.

If objections are filed, then a response is due fourteen (14) days after being served with a copy of the objections. When the response is due or filed, whichever date is earlier, the Findings and Recommendation will go under advisement.

## NOTICE

A party's failure to timely file objections to any of these findings will be considered a waiver of that party's right to de novo consideration of the factual issues addressed herein and will constitute a waiver of the party's right to review of the findings of fact in any order or judgment entered by a district judge. These Findings and Recommendation are not immediately appealable to the Ninth Circuit Court of Appeals. Any notice of appeal pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure should not be filed until entry of judgment.

Dated this 13th day of March, 2015.

Honorable Paul Papak
United States Magistrate Judge

Page 2 - FINDINGS AND RECOMMENDATION